DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
**AURORA CERVANTES**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **AURORA CERVANTES**,<br><br>Plaintiff,<br><br>v.<br><br>**WAGSTAFF 100, INC.,** as an entity, and doing business as **"Kentucky Fried Chicken"**, **QUALITY DISTRIBUTING COMPANY**, and **DOES 1-50**, Inclusive, | Case No.:   1:17-cv-1766-DAD-EPG<br><br>**NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

　　Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled.  Plaintiff also requests sixty (60) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date:  February 17th, 2018                              Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/Daniel Malakauskas
　　　　　　　　　　　　　　　　　　　　　　　　　By: Daniel Malakauskas
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Notice of Settlement

1