DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
**AURORA CERVANTES**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **AURORA CERVANTES**, <br><br> Plaintiff, <br><br> v. <br><br> **WAGSTAFF 100, INC.,** as an entity, and doing business as **"Kentucky Fried Chicken"**, **QUALITY DISTRIBUTING COMPANY**, and **DOES 1-50**, Inclusive, | Case No.:  1:17-cv-1766-DAD-EPG <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date:  April 2nd, 2018                                           Respectfully Submitted,

                                                                 /s/Daniel Malakauskas
                                                                 By: Daniel Malakauskas
                                                                 Attorney for Plaintiff

Notice of Voluntary Dismissal                                                                 1